**Federal Defender**
Brad Hansen

**Assistant Federal Defenders**
Zach Crowdes
Brittany A. Hedstrom
Joseph Herrold
Tim Herschberger
Nova Janssen*
Jill Johnston
Phil José
Melanie S. Keiper
Michael F. Maloney
Mackenzi J. Nash
Christopher Nathan
Heather Quick**
Abdel Reyes
Diane Zitzner

*Chief of Training and CJA Resource Counsel
** First Assistant and Appellate Chief

**Research and Writing Specialist**
Sara Leibee

# FEDERAL PUBLIC DEFENDER
## NORTHERN AND SOUTHERN DISTRICTS OF IOWA

400 Locust Street, Suite 340, Des Moines, IA 50309-2353
Telephone: 515-309-9610   Fax: 515-309-9625

April 27, 2026

Susan E. Bindler, Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
*via CM/ECF*

      RE:    *United States v. Lucas Zachary Woods*
               Appeal No. 26-1749

Dear Ms. Bindler:

This letter serves as a substitution of counsel notification that Abdel Reyes will no longer represent Appellant Lucas Zachary Woods in this appeal. I have entered my appearance and will represent Mr. Woods.

Sincerely,

Nova D. Janssen
Assistant Federal Public Defender

Copies to:
AUSA via ECF
Lucas Zachary Woods via US Mail

**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

     I hereby certify that on 4/27/2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I will mail the foregoing document by First-Class Mail within three calendar days to the following non-CM/ECF participants: Lucas Zachary Woods, Defendant/Appellant.

                                      /s/ *Jennifer Weston*, Paralegal