UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Appellee,<br><br>   v.<br><br>LUCAS WOODS,<br><br>   Appellant. | Appeal No. 26-1749<br><br><br>**MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT** |

COMES NOW, Nova D. Janssen, attorney for Appellant, and moves this Court for an order permitting counsel to withdraw in this case. In support of this motion, counsel states:

1.    On April 6, 2026, a sentencing hearing was held, and judgment was formally entered. A timely notice of appeal was filed on April 17, 2026.

2.    After carefully reviewing the record in this case and conducting legal research, counsel has formed the opinion that it would not be appropriate to file a merits brief in this matter.

3.    To ensure that Mr. Woods's rights are protected, and his case receives due consideration, counsel has submitted an *Anders* brief "referring to anything in the record that might arguably support the appeal." *Anders v. California*, 386 U.S. 738, 744 (1967).

1

Appellate Case: 26-1749    Page: 1    Date Filed: 07/29/2026 Entry ID: 5666617

WHEREFORE, it is requested that an order be entered granting this motion and allowing counsel to withdraw.

Respectfully submitted,

*/s/ Nova D. Janssen*
Nova D. Janssen, Asst. Federal Defender
Federal Defender's Office
400 Locust Street, Suite 340
Des Moines, Iowa 50309
EMAIL: nova_janssen@fd.org
PHONE: (515) 309-9610
FAX: (515) 309-9625
ATTORNEY FOR APPELLANT

CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27 because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 145 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word version 16.0.20131.20152 in 14 font Times New Roman.

Dated: July 29, 2026                    */s/ Nova D. Janssen*
                                        ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Jennifer Weston,* Paralegal

2