# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1749

United States of America

Appellee

v.

Lucas Zachary Woods

Appellant

---

Appeal from U.S. District Court for the Southern District of Iowa - Eastern
(3:24-cr-00071-SHL-1)

---

## ORDER

Appellant's appointed attorney has moved for leave to withdraw and has tendered a brief in conformance with <u>Anders v. California,</u> 386 U.S. 738(1967).   The Clerk is directed to file the <u>Anders</u> brief.

Appellant is granted permission to file a pro se supplemental brief raising any additional issues he wishes the court to consider.  This pro se supplemental brief is due August 26, 2026. The remainder of the briefing schedule is suspended pending review of the appellant's briefs pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988).

Appointed counsel's motion to withdraw is held in abeyance pending the <u>Penson</u> review.

August 05, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Susan E. Bindler